CHARLES SPERRY, Respondent, *v.* SAMUEL L. Fox et al.,
Appellants.

(Argued May 23, 1892; decided June 7, 1892.)

APPEAL from order of the General Term of the Supreme Court in the second judicial department, made February 2, 1892, which affirmed an order of Special Term denying a motion to vacate a warrant of attachment.

*Arthur R. Robertson* for appellants.

*Albert G. McDonald* for respondent.

Agree to affirm; no opinion.
All concur.
Order affirmed.